**16-cv-61781 ZLOCH/HUNT**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

CASE NO:

(Lesther Trujillo),

Plaintiff (s)

vs.

(Humana Insurance Inc),

Defendant (s).

FILED by _PG_ D.C.

JUL 2 6 2016

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

### Motion to Challenge The Phone Tier System Design,

### Implemented and Enforced by Humana Upon Tele Sales

### Agents.

### Federal Statue in Question

### Equal Pay Act of 1963. Enacted by the 88th United States

### Congress.

### Public Law Pub.L.No. 88-38

### Statute at Large 77 Stat. 56

1

### The Equal Pay and Compensation Discrimination Reads in Part:

1.    ... *The law against compensation discrimination includes all payments made to or on behalf employees as remuneration for employment. All forms of compensation are covered, including salary, overtime pay, bonuses, stock options, profit sharing and bonus plans, life insurance, vacation and holiday pay, cleaning or gasoline allowances, hotel accommodations, reimbursement for travel expenses, and benefits.*

2.    An individual alleging a violation of the EPA may go directly to court and is not required to file an EEOC charge beforehand.

### Question Presented to this Honorable Court:

3.    Has Humana Insurance Company violated the above Federal Statute or any other Federal Labor Law by implementing and enforcing a discriminatory Tier System (Tier 1 through Tier 4) in which Tele Sales Agents in a lower Tier receive more calls than those in a higher Tier therefore increasing their chances to earn more income in the form of commissions?

4.    All Tele Sales Agents are hired with the same title for the same position and we all have the same license to sell the same products. *Yet this Tier System discriminate by granting access to calls to some agents while at the same time limiting access to other agents such as (Plaintiff).*

2

## COMPLAINT AND DEMAND FOR JURY TRIAL

5.    The importance and significance of this case rest upon the ability of this Honorable Court to determine based upon the evidence brought to bear on this complaint whether or not the Tier System design, implemented and enforced by Humana Insurance violates Plaintiff's equal access under the law to receive calls which are a source of income in the form of bonuses/commissions.

6.    It would be in the best interest of the general public for this Honorable Court to grant a proper hearing to this complaint.

7.    I, (Plaintiff) was hired in 2014 as an inbound Tele Sales Agent DMS (53105) and I (Plaintiff) was never told that this Tier System was in place. In my first open enrrolment I, (Plaintiff) was trained in the Affordable Care Act. I, (Plaintiff) worked hard and soon became a top producer, however something very strange happened two weeks prior to the ending of the open enrolment, my phone line went completed dead. ***It is worth to notice that the last two weeks are the busiest of the entire open enrollment and when most commissions are made.***

8.    At this point I, (Plaintiff) had not knowledge of the Tier System Humana had in place. I, (Plaintiff) asked for my phone to be replaced since I, (Plaintiff) though it was a phone (hardware issue) and the phone was replaced. While I, (Plaintiff) was without calls the agents next to me were receiving calls back to back and making enrolments and earning commissions.

9.    This decision to move me to a higher Tier cost me thousands of dollars in potential commissions and the chance to finish at a much stronger position in term of sales.  In fact I, (Plaintiff) finished number three while the top two agents were senior agents and received calls while I, (Plaintiff) was without calls.

**See exhibit below:**

*From: Lesther Trujillo  Sent: Wednesday, January 14, 2015 9:51 AM To: John Vallejo; Jorge Nova; Maria Barnichta Subject: Phone Line*

*Good Morning Ladies and Gentleman*

*Something is not right with the line of some agents including mine. Monday about 12 call, yesterday about 7. Nothing to do with new agents coming on board because we can hear the rest of the gang talking like parrots.  Who knows they need to catch up with us.*

*Best to you all*

*LT*

*From: Lesther Trujillo  Sent: Thursday, February 05, 2015 12:57 PM To:
John Vallejo Subject: <u>RE: Metrics HCR OEP up to 2/4/15</u>*

*My numbers would had been even better had my calls not been reduced by
75% since more than two weeks ago.*

*For instance yesterday I only took 3 calls while others next to me were
getting back-to-back calls.*
*Best, LT Going Beyond The Call…*

10.   It is important for this court to know and understand that the majority

of a Tele Sales Agent income is made during the Open Enrolment in the

form of salary, over time and the biggest chunk in commission sales.

11.   This Tier system can be used to punish or to reward, to tie agents

hands and feet or to let them loose.  And the illegality of this Tier system is

best explained in their own words.

<u>See exhibit below:</u>

*From: John Vallejo Sent: Saturday, October 24, 2015 10:53 AM To:
Aimrana Shoukat; Azhyettadicc Anderson; Dany Pineda; Darlen
Mangano; David Heurtematte; Derrnisha Jackson; Diane Lupi; Eileen
Sanchez; Evbayoboru Aihie; Ignacio Pena; Joan Freiwald; Leroy Grant;
<u>Lesther Trujillo</u>; Lidia Segura; Marie Chang; Nadya Zayas-Bazan; Pearl
Wills; Rene Barreras; Rhonique Lewis; Rohan McFarlane; Sergio
Gomez; Sharon Mason; Sheena Hughes; Steven White; Tanya Lobban
Subject: Waiting for calls Importance: High*

*<u>…We have inbound with tiers 1 thru 4. This means if you are tier 1 you
will get back-to-back calls. If you are tier 2 you will get calls only when all
the tier 1 are busy. If you are tier 3 or 4 you can spend the whole day
waiting for a call and maybe get 1 or 2 inbound calls.</u>*

*Treat every inbound call as if it will be the only inbound call you are going to get.*
*Treat every inbound call as (This call is going to determine how you spend the rest of AEP) Convert Convert Convert. Hope you noticed the trend. I am not being subtle.*


*There are rumors that OT might be based on your CONVERSION rate. Why? Because if we are paying time and a half for every hour you are here. Wouldn't you want the people who are most productive to be here is this was your business?*
*Something to think about.*
*John Vallejo*
*Operations Supervisor | DMS*


12.     Noticed on the last paragraph of this exhibit how they were or are even planning to limit over time to certain agents. Over time is also protected under The Equal Pay and Compensation Discrimination Act. But how can you produce if your hands are tied due to the number of calls one receive because of the Tier level they have placed you under?

13.     This is a business of number, the more calls one gets the higher the chances of converting. So they shoot themselves in the foot when in one hand they close the flow of calls coming toward you depending on the Tier you are and at the same time they ask you to bring business. This is clearly a contradiction.

14.    According to management the Tier system is determined by the conversion of calls into business.  The problem with this method is that the system is flaw in so many ways. For instance they (management) count every call I (Plaintiff) received as a potential sales call but this is not the case and they know it.  The current system is unable to classify the type of call that comes in such as:

- Customer service calls (these are calls such as)

    1.    Calls from customers requesting a new ID card

    2.    Calls from customers asking to have an agent explain his/her policy benefits

    3.    Calls from customers wanting to make a payment

    4.    Calls from customers requesting to add or subtract a family member from his/her policy

    5.    Calls from brokers requesting help to fill out an application

    6.    Calls from customers checking the status of an existing application

    7.    Calls from customers requesting a change of primary doctor or finding a specialist.

- Misrouted calls

- Dead air calls (calls where no one answer the phone)

- Calls from States where I am not license to sell

- Wrong number calls

15.     These types of calls come into our lines every day in huge loads and they are by nature no sales calls. Yet our flawed system counts them as sales calls and therefore affecting my conversion rate which in turns affect the ability to receive calls and earn commissions which is the form of income being affected by this Tier system.

16.     If we would have a system that would allow sales agents to properly classify these types of calls for what they are it would be a complete different story. Let me explain.

17.     Let us imagine that in one month I (Plaintiff) received 100 calls and my conversion rate was 20%.

18.     If the current goal is 25% then I came lower and therefore would be moved to higher Tier or even worse would go into outbound. But if out of the 100 calls 30 calls were not related to sales, then the real conversion would be almost 30% so in true I would have converted above the current goal.

19.    Therefore not every call is a potential sales call but there is not way to proper classify the call, therefore in the call report it shows as a call that was not converted into a business but in true these types of calls have no chance to be converted because their nature is not a potential sales call.    It is important for this Honorable Court to know that these types of calls are the norm in a days work.  In the slow season most calls are these types of calls. Yet they are being used against (Plaintiff) to determine the Tier level.

20.    So when I, (Plaintiff) asked about the method used to make the Tiers selection, I was told that TSIGS (Telephonic Enrollments) were only one part in addition to LEADS and seminars. (LEADS are appointments made for the field agents) The problems with using LEADS and seminars is that many agents push LEADS just to inflate their numbers on a report in order to avoid being moved to a higher TIER. But don't take my words for, read them from the director own writing.

**<u>See exhibit below:</u>**

*From: John Vallejo Sent: Friday, October 16, 2015 9:34 AM To: Aimrana Shoukat; Azhyettadicc Anderson; Dany Pineda; Darlen Mangano; David Heurtematte; Derrnisha Jackson; Diane Lupi; Eileen Sanchez; Evbayoboru Aihie; Ignacio Pena; Joan Freiwald; Leroy Grant; Lesther Trujillo; Lidia Segura; Marie Chang; Nadya Zayas-Bazan; Pearl Wills; Rene Barreras; Rhonique Lewis; Rohan McFarlane; Sergio Gomez; Sharon Mason; Sheena Hughes; Steven White; Tanya Lobban Subject: Message from KZ Importance: High*

## *This is a message from our National Director Khursheed Zafar*

*All,*

*Thank you for your dedication and hard work. We are off to a good start. I also appreciate your patience in dealing the system issues and assisting in resolving them.*

*I would like to address the quality of leads and I hope you will support & partner with me to make the necessary improvements.  We are hearing from the field offices as well as the calls we are listening to, that there are leads being scheduled with members for customer service purposes. This is NOT acceptable and MUST CEASE immediately.*

*We transfer service related calls to customer service for resolution or if the member brings up their agent then ask the member to call their agent, not set leads.*

*Every leads must:*
- *Be eligible including doubles and the second appt. must   be verified for Medicare eligibility.*
- *Have correct Physical address.*
- *Agree and understand the reason for appointment.*
- *MUST have potential for MA/Med Supp enrollment and/or MA plan change if MA member.*

*Setting appt. with members for ID card issues, explaining the current plan, claims issues and any other service related issues is UNACCEPTABLE and CANNOT continue.*

*Setting appt. for PDP, IMM and Dental plans is UNACCEPTABLE; we enroll the callers over the phone for these products. The only exception is if the caller insists which again will be in rare circumstances or if one is on Medicare & interested in MA while the spouse is not on Medicare but interested in IMM.*

*If your appt is not eligible and does not have potential for MA/Med Supp enrollment, you chose to waste the field agent's time. I ask you, how do you do feels when you receive service related calls with no potential for enrollments? Not very good or productive, do you? Now how would you feel driving many miles away and meet with someone only to learn that the appt. was for service related issues with zero potential for MA/Med Supp enrollment.*

*Any appt. that is eligible and has any potential for MA/Med Supp enrollment is a quality appt.*

*Failure to follow the above procedures and direction is a violation of our internal policies/training/workshops and may result in disciplinary actions.*

*We are here to partner with you and invest in you to succeed. We are committed to excellence so let's demonstrate operational excellence by setting leads as described above and always remember our way of doing business is by putting People First and delivering PTE on every call.*

*Thanks*

*Sent from my BlackBerry 10 Smartphone.*

*If you have any questions in reference to this message from KZ or need*

*clarification. Please ask me.*

*From: Robert Lasarte  Sent: Wednesday, October 07, 2015 6:39 PM To: DMS All Miramar Center Notes Users Subject: Doing the right thing*

*Team, I am very disappointed in some of the leads we have set. Every year we go through the same thing. Every year we seem to get lost in the excitement of AEP and start doing things for the wrong reasons.*
*Our role is to meet the needs of our callers. Our role is to provide a world-class experience. Please do not set a lead or a seminar just to look good on a report.*

*Doing the wrong thing damages your reputation, damages DMS' reputation to the field, and damages Humana's reputation to the caller. There is ZERO tolerance for doing the wrong thing. Focus on meeting the needs of the caller. If you listen to the caller and meet their needs, you will get the desired outcome.*

*Roberto Lasarte National Director | DMS  Humana 3401 SW 160 Ave 2n*

*d floor| Miramar, Fl, 33027*

21.   So they acknowledge that every year they have the same issue with LEADS yet they used this as part of the decision making process to place agents in the TIER system.

22.   In 2015 I, (Plaintiff) was moved over to the Medicare side because in part due to the high production in the HCR team **despite having lost thousands of dollars in commission due to the move into a higher Tier during the busiest last two weeks prior to the dead line of the open enrolment.**

23.   I, (Plaintiff) naturally got exited Medicare is the bread and butter of the company it pays higher commission than the HCR side and the call volume is a lot higher.  Based on this decision I, (Plaintiff) made some important family goals along with my wife.

24.    This is the time we all wait for in the company, it is the time to earn most of the year's income.  We all give it all the rest of the year in exchange for these 53 days.  To deny calls during the open enrollment to an agent is almost criminal.

25.    From October 1, 2015 through October 14, 2015; I had the higher number of TSIG (TSIG are telephonic enrolments.) **See exhibit below:**

26.    **Yet on October 15, 2015 which is the first day of the Medicare Open Enrolment at about 3:00 pm, I was moved to outbound / Higher Tier and there I, (Plaintiff) was left almost the entire Open Enrolment.** And just like that all of my family goals were destroyed without any regards or loyalty for previous performance.  As I, (Plaintiff) write this complaint I, (Plaintiff) am still suffering the consequences of that decision.

*From: John Vallejo Sent: Thursday, October 15, 2015 1:57 PM To: Aimrana Shoukat; Azhyettadicc Anderson; Dany Pineda; Darlen Mangano; David Heurtematte; Derrnisha Jackson; Diane Lupi; Eileen Sanchez; Evbayoboru Aihie; Ignacio Pena; Joan Freiwald; Leroy Grant; Lesther Trujillo; Lidia Segura; Marie Chang; Nadya Zayas-Bazan; Pearl Wills; Rene Barreras; Rhonique Lewis; Rohan McFarlane; Sergio Gomez; Sharon Mason; Sheena Hughes; Steven White; Tanya Lobban Subject: Production from 10/1 thru 10/14 Importance: High Please let me know if this report is more accurate on your production numbers.*

| Agent | Appointments | Telesales | Seminars | ATS T|
|---|---|---|---|---|
| Aimrana Shoukat | 141 | 21 | 18 | 18( |
| Azhyettadicc | 55 | 1 | 5 | 61 |

| Anderson | | | | |
|---|---|---|---|---|
| Dany Pineda | 91 | 11 | 49 | 15 |
| Darlen Mangano | 68 | 7 | 10 | 85 |
| David Heurtematte | 20 | 2 | 45 | 67 |
| Derrnisha Jackson | 11 | 3 | 11 | 25 |
| Diane Lupi | 53 | 19 | 19 | 91 |
| Eileen Sanchez | 146 | 24 | 57 | 22 |
| Evbayoboru Aihie | 90 | 37 | 8 | 135 |
| Ignacio Pena | 93 | 8 | 15 | 116 |
| Joan Freiwald | 64 | 36 | 21 | 12 |
| Leroy Grant | 66 | 10 | 14 | 90 |
| **Lesther Trujillo** | 12 | **61** | 7 | 80 |
| Lidia Segura | 93 | 9 | 38 | 140 |
| Marie Chang | 121 | 12 | 21 | 154 |
| Nadya Zayas-Bazan | 113 | 18 | 35 | 166 |
| Pearl Wills | 67 | 12 | 24 | 103 |
| Rene Barreras | 20 | 0 | 1 | 21 |
| Rhonique Lewis | 45 | 4 | 13 | 62 |
| Rohan Mcfarlane | 74 | 22 | 27 | 123 |
| Sergio Gomez | 69 | 6 | 18 | 93 |
| Sharon Mason | 83 | 14 | 11 | 108 |
| Sheena Hughes | 256 | 42 | 31 | 329 |
| Steven White | 57 | 15 | 11 | 83 |
| Tanya Lobban | 139 | 11 | 16 | 166 |

27.    Let me present to you another clear example as to how this Tier

System is in direct violation of the Equal Pay and Compensation

Discrimination Act.

**See exhibits below:**

**From: Patricia Siciliano  Sent: Friday, June 03, 2016 3:39 PM To: DMS All Miramar Center Notes Users**

*Subject: 55 calls holding for IDV please make sure that you are logged in and available.*

**Thank you**

*Patricia Siciliano*
*Operations Supervisor| Frontline Leader*
*Direct Marketing Services*
*Humana 3401 SW 160th Ave. 2nd floor | Miramar, FL. 33027*

**From: Patricia Siciliano  Sent: Friday, July 08, 2016 1:48 PM To: DMS All Miramar Center Notes**
 **Subject: 62 Calls holding for Medicare  Importance: High**

*Please make sure you are logged in and available to take calls unless you are on Break or Lunch.  Thank you*

*Patricia Siciliano*
*Operations Supervisor| Frontline Leader*
*Direct Marketing Services*
*Humana*
*3401 SW 160th Ave. 2nd floor | Miramar, FL. 33027*
*T 502.301.1410 | BB 954-401-6698 | psiciliano@humana.com*

**From: Patricia Siciliano**
**Sent: Friday, July 08, 2016 10:00 AM**
**To: DMS All Miramar Center Notes Users**
**Subject: FW: Calls Holding for Medicare (23 Calls Holding)**
**Importance: High**

*Please log back in if you have not already done so.  There are calls holding.  Thank you*

**Team,**

**There are currently calls holding for Medicare (23 Calls Holding). Please make sure that all associates are within compliance and available to assist during the day in an effort to preserve SVL's.**

**To ensure compliance remains accurate please verify in Empower and ensure staff are properly logged in/out, if not then reach out to WFM to update. Your help is greatly appreciated.**

28.     As you can see in the subject line there are customers waiting for an agent to answer their call, which means that those in the lower Tiers are busy with other calls.  Nevertheless there are agents available to take those calls like **Plaintiff** but the calls don't come to me (Plaintiff) because of the Higher Tier / outbound in which I, (Plaintiff) am placed under.   This limit and prevents (Plaintiff) from earning a fare income like other agents in the form of commissions / bonus.

29.     When those emails were sent I, (Plaintiff) am logged in and ready to receive any of those calls but the Tier system prevents me (Plaintiff) from answering any of those calls and in doing so is creating a huge gap between me (Plaintiff) and those agents in a lower Tier which are getting calls back to back. So it seems that it is more effective to have the customers wait according to the Tier System than to provide **equal access** to calls to every agent including (Plaintiff)

30.     So not only I, (Plaintiff) am being denied the **equal opportunity** to make a commission like other agents do but also it is creating bad customer service.

31.     It is important for this court to understand that I, (Plaintiff) never asked for this to happen. The decision to bring this matter to the court has been a long process but knowing that this is not going to change unless is challenged I, (Plaintiff) had to take a step forward in this direction.

32.     Most agents where I, (Plaintiff) work (Humana) believes that this Tier System is illegal but most if not all are afraid to challenge it because of the fear of loosing their jobs.

33.     In my case is even more difficult since I, (Plaintiff) am the only provider for my family, my wife and two children depend on me in order to keep the lights on.

34.     But it has been said, *"The one who sits on the side lines while watching an injustice taking place is as guilty as the one who commits the injustice"*.

35.     I still believe that the company is a good place to work; I, (Plaintiff) was very exited when I, (Plaintiff) was hired.

36.   The possibilities to earn a good living were very real and achievable.

I, (Plaintiff) went to work everyday energized and believing the values the

company lives by:

**Rethink Routine / Pioneer Simplicity / Thrive Together / Inspire Health**

37.   This is why when I, (Plaintiff) identified two areas where we as a

company could improve and help our Medicare Members I, (Plaintiff) took

action and proposed a possible solution.

**See exhibit below:**

*Tuesday, November 10, 2015*

*Bruce Broussard*
*Humana Inc.*
*500 West Main St*
*Louisville, KY 40202*

*RE: Streamlined the HMO Referral Process / Overcoming the Donut Hole*

*Dear Mr. Broussard:*

*Based on our company values, I tried to do my best every day and look for ways not to invent or reinvent the wheel but rather to find ways to smooth the contact between the rubber and the road.*

*I am sure that you are well aware of our HMO referral process however I have found that there is a way in which we could make this process, easier, faster, and more effective; while at the same time we would reduce labor hours and increase customer satisfaction.*

*The referral process is divided into 3 steps:*

> *1.     Obtaining the original referral from the primary doctor to see the specialist.*
> *On this original visit to the specialist not much is accomplished but is rather a simple visit in which the patient communicates to the specialist the health issues and in many cases the advice from the primary doctor.*
> *2.     Specialist obtains another referral in order to do the proposed procedure.*
> *(Example with a cardiologist a stress test or any other test)*
>
> *3.     After the test is done, did you know that another referral is needed to come back and obtain the results of the test that was already approved by the insurance company?*

*What I propose is simple and could very well lead to a drastic increase of customer satisfaction, lots of reduce labor hours between Humana and the provider's office, not to mention paper work confusion and frustration inflicted on our customers. (I saw this happening when I had to visit my cardiologist the other day with a Humana customer) He was in total surprise that another referral was needed to obtain the results of a test that was already approved by Humana, the situation turned ugly very fast, and of course it was Humana's fault if you know what I mean.*

*Even if we granted that it was the fault of the doctor's office, still all the back and forth between the doctor's office and Humana is unnecessary for this last step.*

*Solution: Let us add on the referral for the procedure requested the follow up visit to meet with the specialist to obtain the result of the test that was already approved by Humana. Let us make sure that this follow up visit to obtain the result is clearly visible in order to avoid the need to obtain a third referral.*

*This very simple solution will increase customer satisfaction, reduce labor hours, and will make these unpleasant HMO referrals a lot easier and less painful.*

*Please rest assures that I have used the proper chain of command to communicate this idea but they have produced no result.*

*Maybe is just that I put myself in our customer's shoes and try to see from their point of view but I am here in part to help make Humana / Aetna a better and more efficient organization.*

### *Overcoming The "Doughnut Hole"*

*The purpose of purchasing insurance is to have a financial protection in case events such as illness, death or injury happen. Two fundamental principles are used in insurance – spreading or pooling of risks and the law of large numbers.*
*By applying mathematical principles, mortality and morbidity statistics, insurance companies make sure that there will be enough funds to pay a claim, when one arises. Having a peace of mind and feeling secure is what everybody is thriving for.*
*That is why we want to find a way to lessen the burden of the Medicare "Doughnut Hole" mechanism.*

*The Medicare drug benefit includes an unusual $1,540 gap in coverage, where beneficiaries are entirely responsible for their drug bills. The hole opens up when beneficiary's drug expenditures reaches $3,310 in retail cost for the year. Then beneficiary is then fully liable for their drug expenses until they reach $4,850 in retain cost, which is the end of the hole.*

*At that point, the insurance kicks back in, covering 95 percent of additional drug costs. Discussing such large numbers, when seniors are involved, is borderline disturbing and discouraging. It is in human's nature to assume that nothing bad can happen to us, until it does. We want to encourage you to see things from that particular consumer's point of view. That is the first step towards helping the people who are in or heading into the "Doughnut Hole".*

*Our idea is to focus on the large amount of interested prospects, if such plans are designed. That will offset and cover any premium increase and/or benefits offered. Our intention isn't to create another welfare program, but rather to capitalize on an existing platform.*

20

*We are aiming for a partial coverage, but one that actually can make a difference for the people in the gap. The amount of media and social interest in plan designs that actually can help these people can lead to new uncharted healthcare market.*

*We are certain that the amount of interested and ready to enroll prospects will definitely provide enough funds for paying any claims arising in the "Doughnut Hole". This is a possible to achieve by implementing the above-mentioned two fundamental insurance principles. In other words the odds are in Humana's favor.*

*A possible solution could be the creation of an OSB that would cover 50% of this gap and another with an 80%.*

*In other words the member could have the option to buy at the time of the application an additional protection for a certain fee one fee would cover 50% another fee would cover 80%.*
*This protection would only be available with the initial application.*
*Humana is one of the country's healthcare leaders. We firmly believe that a solution can be found. Going back to Humana's goal to make everybody 20% healthier by 2020, we can definitely rethink our approach and do what we do best – take care of the people who entrust us with their wellbeing.*

*If the Health Care Reform forces Insurance Companies to shrink that gap by 2020? Why don't we take the lead and turn it into an expandable business line?*

*Respectfully,*


*Lesther Trujillo*
*Telesales Specialist @ Humana.*
*3400 SW 160 Ave Miramar, FL 33027*
*2nd Floor*

38.    So this is a very difficult decision but one that has to be done nonetheless especially since the next open enrollment is around the corner and I, (Plaintiff) don't see any intention for this to change. I, (Plaintiff) have tried to make them see and understand that this Tier system is illegal and wrong, but the reason this system has not been corrected is because those who can fix it are not affected by it. In other words their salary is not affected.

39.    The exhibits below will clearly show how much my family and I (Plaintiff) were affected by this Tier System. You will clearly feel my frustration, disappointment, sadness, and even anger for what it was being done to my family during the last open enrolment. We lost thousands and thousands of dollars in potential commission due to the Tier system.

**_See exhibits below:_**

**From: Lesther Trujillo   Sent: Saturday, December 05, 2015  4:25 PM To: John Vallejo Subject: O Call Saturday 12/5/2015**

**Hi John**

**I got 0 call for today Saturday 12/5/2015**

**Have a good day**

**Lesther**

**From: Lesther Trujillo  Sent: Sunday, December 06, 2015 3:23 PM To: John Vallejo Subject:** *0 Calls for Sunday 12/6/2015*

**Hi John**

**I got 0 call for today just like yesterday; funny thing is that everybody down here are getting calls and making enrollments.**
**I have volunteer for early leave today I was supposed to be here until 4:30 but is all OT because it was my day off.  I already reply to Mr. Donald and he told me it was k.**

**I am leaving at 3:30.**

**Have a good day Sir.**

**Best,**

**Lesther**


**From: Lesther Trujillo  Sent: Thursday, January 21, 2016 8:30 AM To: John Vallejo Subject: Outbound**

**Good Morning John:**

**Hope you are doing well.  John usually when I get here I had the opportunity to be in inbound from 8 am to 9 am and therefore I always was able to get some business in IDV.  Since last week on Friday as soon as I log in I got straight into outbound and there I remain the entire day** <u>**without a possibility to do any business.**</u>

**You know I think that there should be a balance for this outbound campaign, agents should get at least two days of inbound and 3 days of outbound therefore giving everybody the opportunity to make commissions. After all some agents are in straight inbound and making sales every day, I can see it down here.**

**Please if possible pass down this email with this suggestion to your supervisors.**

23

Thanks for all you do.

Lesther.


From: Lesther Trujillo  Sent: Wednesday, December 23, 2015 9:15 AM To: Maria Barnichta Subject: IMM Line

**Good Morning Maria**

Hope you are having a wonderful day. Question: Do you know why I am not in the IMM line and instead I am doing some Blood Kit no commission campaign?

**Kindly,**

Lesther.


From: Lesther Trujillo  Sent: Tuesday, December 01, 2015 5:56 PM To: John Vallejo Subject:

This is just part of what it has been done to me. <u>Limiting my earnings yet holding me to the same standards of others.</u>

10/24/2015 Still on Outbound (All Day only about 6 calls in all day)

11/22/2015 (Outbound from the beginning of the shift 1:00 pm) 3 Calls

on the entire shift

11/28/2015 My Son Daniel's Birthday Saturday (only one call)

**From: Lesther Trujillo  Sent: Saturday, November 28, 2015 4:20 PM To: John Vallejo Subject: Saturday**

**Hi John**

**Saturday I got only 1 call.**

**Best,**

**Lesther.**

**From: Lesther Trujillo  Sent: Sunday, November 22, 2015 6:50 PM To: John Vallejo Subject: RE: OT this weekend**

**Hi John**

**Only 3 calls on Sunday while on outbound, <u>while the new hires had back-to-back calls.</u>**

**Thanks,**

**Lesther.**

**From: Lesther Trujillo  Sent: Sunday, November 15, 2015 1:10 PM To: John Vallejo Subject: Outbound**

**Dear John**

**Since Friday afternoon I have been in outbound not even blend, Saturday while all new hires around me were receiving calls left and right I was strictly in outbound. <u>This is not right in so many ways is almost discriminatory. Because I am not giving the same access to earn income as others despite having good numbers all year long.</u> It is like a group of athletes preparing for a race and while training months before the event, one start to make good time, then on the day of the race his path is blocked with barriers.**

On Saturday I was able to get only <u>one inbound call</u> and it was due to the fact that we were having issues with Canvas and I had to reboot the computer and when I open Canvas the call came inbound, I turned that into an appointment but other than that it was just horrible.

Sincerely,

Lesther Trujillo

From: Lesther Trujillo  Sent: Sunday, November 01, 2015 3:36 PM To: John Vallejo Subject: RE: Production and Conversion Rates for 10/24 thru 10/31

Mr. Vallejo

The following is a clear representation on how my ability to produce and earn a living is affected when I am placed in outbound. On the 24 and the 25 I was in outbound clearly affected my production, if you noticed right after that my numbers clearly represents my ability to produce (you know that very well) You have witness my production since I was first hired.  If you noticed an email you recently sent on the 26 or the 27 showed how we as a team reach number one in production and TSIG clearly you can see my numbers and the same time outbound went to the bottom.
<u>Open enrollment is the only window of opportunity to earn income and being in outbound completed cuts my ability to be productive for the team and provide for my family.  I have given Human all my best and I will continue to do so.  But this decision has cause tremendous harm in my ability to performed in this short period of time we called AEP.</u>

<u>I look forward to finish in the best position I possibly can, but it obvious that I won't be able to achieve that I was preparing for.</u>

Since last Friday at about 3:30 pm I was moved to outbound (not even blend) and I still remain in outbound.

Respectfully,
Lesther Trujillo

**From: Lesther Trujillo  Sent: Saturday, October 17, 2015 9:32 AM To: John Vallejo Subject: RE: OT this weekend**

**Hi John**

<u>**Yesterday I received only 2 calls for the whole day**</u>**, today (Saturday) after two calls one kit and one appointment I have been again moved to outbound (is not blend is outbound straight) this is not right, is not in line with my production I can't make commissions in this way Sir and I will do whatever it takes**
**To find out why has this been done to me?  Last year they closed my line two weeks before the end of the open enrollment, this year I have been place in outbound or no calls at all right from the start of AEP.**

**Thanks,**

**Lesther.**

**From: Lesther Trujillo  Sent: Friday, October 16, 2015 2:58 PM To: John Vallejo Subject: RE: Message from KZ**

**Hi John:**

**Hope all is well, and that you are having a well deserve boss day.  This morning I began to work like usual and on my first call I turned a kit request into an appointment. After that I was moved to outbound (NOT BLEND) right out outbound, I did another appointment and after that <u>I haven't got any other call</u>**

<u>**Something is definitely not right here.**</u>

**Best,**

**Lesther.**

**From: Lesther Trujillo  Sent: Friday, October 23, 2015 11:55 AM To: John Vallejo Subject: RE: Good Morning team**

**John**

**With all you respect Sir What you say here does not make sense first out of ten calls in outbound 8 people hang up on you right out of the bat. This time like today (I have been on outbound for over 3 hours) only 4 calls in inbound.**

**I arrive to October 15 with better sales than most on this team, I have more sales than most people if not all in this team (not seminars or appointment like others try to push here) sales, I have more time in outbound than most people on this team (I bet on that)**

**I have converted more outbound calls into appointments than a lot of people and I can say that honestly.**

**<u>My numbers do not make sense to be in outbound for so long.</u>**

**Thanks John.**
**From: Lesther Trujillo  Sent: Friday, October 23, 2015 9:53 AM To: John Vallejo Subject: RE: Good Morning team**

**I just don't know how can I focus on TSIG when I have been in outbound since I logged in this morning.**

**LT**

## DEMAND FOR JUDGMENT

40.   WHEREFORE, I (Plaintiff) respectfully request that this Honorable Court enter judgment according to the declaratory relief sought in the amount of five million dollars.

41.   This amount is clearly not an amount that I, (Plaintiff) would have made in commissions had the Tier system would not be implemented but it is rather a just amount in reflection of the illegal platform established with the implementation and enforcement of the Tier System whereby it has created two types of agents. Those with access to call and therefore the earning of income and those who had very limited or no access to calls at all like (Plaintiff) and therefore no possibility or very limited possibility of earning a just income.

42.   Furthermore this amount is in direct reflection of the financial suffering inflicted upon the (Plaintiff) **two years in a row** by ignoring the pleads and petitions I, (Plaintiff) sought from management in order to find a fair and legal solution to the Tier System (**especially during the Open Enrollment**) whereby all agent would have **equal access** to the same platform and where calls would not be controlled by the click of a computer switch.

43.    In addition, I (Plaintiff) respectfully request that this Honorable Court order Defendant to dismantle the Tier System and provide **equal access** to calls to every agent whereby they can be evaluated on equal basis and platform.

## DEMAND FOR PUNITY DAMAGES

44.    WHEREFORE, I (Plaintiff) according to the **Florida Statutes Chapter 768 Section 73** respectfully request that this Honorable Court enter a judgment according to the declaratory relief sought in the amount of two million dollars. This amount is sought because of the knowledge in which officers / management implemented, carried out and executed this illegal Tier System.

45.    And in doing so they have violated the Equal Pay Act of 1963, while rewarding some agents and punishing others like (Plaintiff) with the implementation of an Illegal Tier System, which **grant access** to some agents while at the same time **limit access** to other agents therefore in order to avoid future copy cats / perpetrators it is to the best interest of the general public that this Honorable Court enters this judgment.

## DEMAND FOR JURY TRIAL

46.    WHEREFORE, I (Plaintiff) pursuant to Federal Rule of Civil Procedures 38 hereby demand a jury trial on all issues so Triable.

## CITATIONS

47.    In *Corning Glass Works Co. v. Brennan* 417 U.S. 188, 94 S. Ct. 2223, 41 L. Ed. 2d 1 (1974), the Court ruled that an employer's policy of paying men who worked during a night shift more than women who worked the same jobs during the day shift violated the act.

48.    The Court found that the policy was related to gender because the employer knew that women would work for less money.

49.    *City of Los Angeles Department of Water & Power v. Manhart*, 435 U.S. 702, 98 S. Ct. 7370, 55 L. Ed. 2d 657 (1977), the Court ruled that a policy requiring women to contribute more to their pension funds than men violated the act.

50.    The employer in the case based its policy on mortality tables indicating that women had a longer life span than men, so the women were required to pay higher rates for their pension funds. Since this policy was based on gender, the Court ruled that the employer had violated the act.

51.   **NOTE TO THIS HONORABLE COURT:** PLAINTIFF WOULD LIKE TO HAVE THIS HONORABLE COURT REMIND DEFENDANT THAT RETALIATION BY EMPLOYERS TOWARDS EMPLOYEES BRINGING FORTH THIS TYPE OF CLAIM IS EXTRICTLY PROHIBITED AND IT CARRIES EXTREME CONSEQUENCES.

Name of Filer:

Lesther Trujillo (Plaintiff)

5022 SW 173 Ave

Miramar, FL 33029

Cell: 786-546-3039 / e-mail: lesther15@yahoo.com

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by (USPS Certified Mail)

Signature of Filer                    Dated:

# SERVICE LIST

Humana Insurance, Inc  (Defendant)

Attn: Legal Department

500 W Main St

Louisville, KY 40202

Phone: 502-580-5005 / 502-694-3205 / 1-800-486-2620


Pro Set: Lesther Trujillo (Plaintiff)

5022 SW 173 Ave

Miramar, FL 33029

Phone: 786-546-3039

E-mail: lesther15@yahoo.com